UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1200, <br><br> Plaintiff, <br><br> v. <br><br> THE DETROIT FREE PRESS, INC., d/b/a/ WUSA-TV, <br><br> Defendant. | Civil Case No. 12-484 (RJL) |

### ORDER
(February 12th, 2013) [Dkt. ##7, 8]

For the reasons set forth in the Memorandum Opinion entered this 12th day of February 2013, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. #8] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. #7] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge